# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANIESE VOID-BROWN, | Case No.: 2:19-cv-00286-APG-VCF |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendants | |

Several of this court's orders addressed to plaintiff Janiese Void-Brown were returned in the mail. ECF Nos. 22, 23, 24. Local Rule IA 3-1 requires a pro se plaintiff to immediately notify the court of any of change of address. "Failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. Void-Brown failed to comply with the Rule because she did not update her address. I therefore ordered Void-Brown to show cause why this case should not be dismissed for failure to comply with LR IA 3-1. ECF No. 25. I warned Void-Brown that failure to respond to the order to show cause would result in dismissal of this case without prejudice. *Id.* Void-Brown did not respond by September 27, 2019, as ordered, and my show cause order was returned in the mail. ECF No. 26.

IT IS THEREFORE ORDERED that plaintiff Janiese Void-Brown's second amended complaint **(ECF No. 19) is DISMISSED without prejudice**. The clerk of court is instructed to close this case.

DATED this 3rd day of October, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE